UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST ARMANDO ANDUJO,<br><br>Defendant. | CR No. CR 18-00835-DSF<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 26 U.S.C. § 5861(i): Possession of Firearms without Serial Numbers] |

The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 5861(d)]

On or about November 2, 2018, in Los Angeles County, within the Central District of California, defendant ERNEST ARMANDO ANDUJO ("ANDUJO") knowingly possessed two firearms, namely, two firearm silencers of unknown manufacturer, which defendant ANDUJO knew to each be a firearm silencer, as defined in Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24), and each of which had not been registered to defendant ANDUJO in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

## COUNT TWO

[26 U.S.C. § 5861(i)]

On or about November 2, 2018, in Los Angeles County, within the Central District of California, defendant ERNEST ARMANDO ANDUJO ("ANDUJO") knowingly possessed two firearms, namely, two firearm silencers of unknown manufacturer, which defendant ANDUJO knew to each be a firearm silencer, as defined in Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24), and each of which did not bear a serial number or other information required by Title 26, United States Code, Section 5842.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CATHERINE S. AHN
Assistant United States Attorney
General Crimes Section