# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 18-835 DSF |
| Date | April 19, 2023 |
| Title | United States v. Andujo |

**Present: The Honorable** Michael R. Wilner

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**  ORDER OF DETENTION

Defendant was arrested on a bench warrant following Defendant's failure to surrender to prison on the underlying federal criminal conviction. At the initial appearance, the government voluntarily moved to dismiss the current Pretrial Services violation petition and warrant.

IT IS ORDERED that Defendant be DETAINED and TRANSFERRED to the custody of the Bureau of Prisons to commence the original sentence consistent with the agency's authority and procedures.